1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 | Sacramento, CA 95814
Telephone: (916) 448-8600
4 | Facsimile: (916) 448-8605

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLETTE E. GILBERT, | Case No: CIV-06-0825 PAN(JFM) |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| JO ANNE B. BARNHART | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Plaintiff's time to file their motion for summary judgment is hereby extended from its current due date of November 8, 2006, to December 5, 2006. This is Plaintiff's first extension and is required due to Plaintiff's attorney's heavy briefing schedule.

/////

/////

/////

/////

| | | |
|---|---|---|
| 1 | Dated:  November 2, 2006 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: November 20, 2006 | McGregor W. Scott |
| 7 | | United States Attorney |
| 8 | | By: */s/Bobbie J. Montoya* |
| 9 | | BOBBIE J. MONTOYA |
| | | Assistant U.S. Attorney |
| 10 | | |
| 11 | | Attorney for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED:  November 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13;Gilbert.0825.ss.wpd