BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLETTE E. GILBERT | Case No: CIV-06-0825 PAN(JFM) |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| JO ANNE B. BARNHART Commissioner of Social Security of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Plaintiff's time to file the their motion for summary judgment is hereby extended from its current due date of December 5, 2006, to December 19, 2006. This is required due to Plaintiff's attorney's heavy briefing schedule.

/////

/////

/////

/////

/////

1

| | | |
|---|---|---|
| Dated:  December 4, 2006 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: December 4, 2006         McGregor W. Scott
                                United States Attorney

                                By: */s/Theophus Reagans*
                                BOBBIE J. MONTOYA
                                Assistant U.S. Attorney

                                Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  December 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13

Gilbert.0825.eot.ss.wpd

2